# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2260. DAWN HOWARD v. CAPITAL ONE BANK (USA), N.A.**

The above-referenced appeal was docketed with this Court on July 25, 2013, and the Appellant's brief was due to be filed on August 14, 2013. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rule 13, this appeal is ***DISMISSED***.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/22/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*